UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DJOACHIM M. LOCKHART,

    Plaintiff,

                                            Case No. 1:22-cv-1078

v.

                                            HONORABLE PAUL L. MALONEY

JUDE'S BARBERSHOP INC.,

    Defendant.
_____/

## JUDGMENT

In accordance with the Order entered this date:

**IT IS HEREBY ORDERED** that that Judgment is entered.


Dated:  December 30, 2022                                  /s/ Paul L. Maloney
                                                                                Paul L. Maloney
                                                                                United States District Judge